STATE of Missouri, Respondent,

v.

Von Doyle EPPERSON, Appellant.

No. WD 64751.

Missouri Court of Appeals,
Western District.

June 28, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 2005.

Application for Transfer Denied
Sept. 20, 2005.

Stephen S. Wyse and Anthony Lee Phillips, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Spillane, Assistant Attorney General, Jefferson City, MO, for Respondent.

ELLIS, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Von Doyle Epperson appeals from a judgment in the Circuit Court of Boone County denying his motion for a reduced sentence. In his sole point on appeal, Epperson argues that after his original sentence, section 558.016.7 RSMo was amended, reducing the maximum punishment from ten years to seven years for a defendant pleading to a class D felony as a prior and persistent offender.

Judgment affirmed. Rule 30.25(b).